

**IT IS ORDERED as set forth below:**

**Date: April 18, 2014**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SABRINA VICTORIA CARR**, | ) | CASE NO. **13-72788-CRM** |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - )- - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| **SABRINA VICTORIA CARR**, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| **CAPITAL RECOVERY GROUP,** | ) | |
| **LLC a/k/a FREEDOM ROAD** | ) | |
| **FINANCIAL,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER REGARDING CLAIM OF CAPITAL RECOVERY GROUP, LLC.

On February 24, 2014, Debtor filed an *Objection to Proof of Claim*, Docket No. 26  to

the $9,638.50  claim filed by Capital Recovery Group, LLC (Claim No. 2). Debtor contends

that the claim should be disallowed until it is amended to show deficiency because Debtor

surrendered her interest in this 2007 Ducati Motorcycle.  On notice, hearing on the objection

was held on April 1, 2014.  Capital Recovery Group, LLC filed a response in opposition but did

not appear in court. Appearances were made only by counsel for the Debtor and the attorney

for the Chapter 13 Trustee.  No other appearances were made.  Based on the foregoing, it is

hereby

**ORDERED** that the Objection is sustained.  Claim No 2 filed by Capital Recovery

Group, LLC shall be disallowed until it is amended to show deficiency, and shall then be treated

as general unsecured under Debtor's Plan.

**[END OF DOCUMENT]**

Prepared & Submitted by:

HERMAN & RUSSO, P.C.

_____*/s/*_____
Melissa A. Herman
Georgia Bar No. 348378
445 Creekstone Ridge
Woodstock, GA 30188
(678) 925-3510
facsimile (770) 635-0754
hermanrusso@gmail.com
**Attorney for Debtor**

No Opposition:

_____*/s/*_____ (*with express permission*)
Julie M. Anania
Georgia Bar No. 477064
303 Peachtree Center Ave., Ste. 120
Atlanta, GA 30303
(678) 992-1201
facsimile (678) 992-1202
janania@njwtrustee.com
**Attorney for Chapter 13 Trustee**

**DISTRIBUTION LIST**

Herman & Russo, P.C.
Attorneys at Law
445 Creekstone Ridge
Woodstock, GA 30188

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Capital Recovery Group
P.O. Box 29426
Phoenix, AZ 85038
Attn: Nichlas P. Spallas

Freedom Road Financial
10605 Double R Blvd
Reno, NV 89521

Sabrina Victoria Carr
10 Regency Road
Alpharetta, GA 30022

Andrew Gleason
The Law Office of Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342