UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBTOR'S NOTICE OF CHANGE OF
NAME AND/OR ADDRESS FORM

CASE NAME:              Sabrina Victoria Carr

CASE NUMBER:             13-72788-CRM

BANKRUPTCY JUDGE:       Mullins

CASE CHAPTER:           13

OLD ADDRESS:            10 Regency Road
                        Alpharetta, GA 30022

NEW ADDRESS:            310 Sylvan Loop
                        Fayetteville, GA 30214

    I certify that I have this date served the following in the foregoing matter with a copy of this Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

Nancy J. Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Dated: June 23, 2014

                                                                     /s/
                                       Melissa A. Herman
                                       Georgia Bar No. 348378
                                       445 Creekstone Ridge
                                       Woodstock, GA 30188
                                       (678) 925-3510
                                       facsimile (770) 635-0754
                                       hermanrusso@gmail.com
                                       **Attorney for Debtor**